No. **CR-08 00472 PVT**

FILED
2008 JUL 16 A 4: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *SAN JOSE DIVISION*

---

## THE UNITED STATES OF AMERICA
### vs.
## YONG YI OU
## INDICTMENT

---

**COUNTS ONE-THREE**:      18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods

**COUNTS FOUR-TWENTY**:      18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Goods

**COUNT TWENTY-ONE**:      18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments

*A true bill.*

_____
Foreperson

Filed in open court this ___16___ day of ___July___
A.D. 2008

_____
United States Magistrate Judge

Bail. $ ___Summons for Aug 7, 2008 at 9:30 (PVT)___

DOCUMENT NO. 1
DISTRICT COURT CRIMINAL CASE PROCESSING

```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
```

FILED

2008 JUL 16 ⌐ 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-08 00472 JF PVT |
| Plaintiff, ) | |
| ) | VIOLATIONS: 18 U.S.C. § 2320(a) - Trafficking and Attempted Trafficking in Counterfeit Goods; 18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments; 18 U.S.C. §§ 2320(b)(3)(A)(i) & (iii) - Criminal Forfeiture |
| v. ) | |
| YONG YI OU, ) | |
| ) | |
| Defendant. ) | SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH THREE: (18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods)

On or about October 1, 2005, in the Northern District of California, the defendant,

YONG YI OU,

did intentionally traffic and attempt to traffic in goods, to wit, by offering counterfeit trademarked merchandise, including handbags, for sale at the DeAnza Flea Market in Cupertino, California, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Louis Vuitton," "Prada," and "Chanel," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the

**INDICTMENT**

use of which marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts One through Three, below:

| COUNT | COUNTERFEIT ITEM |
| --- | --- |
| One | Louis Vuitton Handbag |
| Two | Black Prada Handbag |
| Three | Pink Chanel Handbag |

All in violation of Title 18, United States Code, Section 2320(a).

**COUNTS FOUR THROUGH TWENTY**: (18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Goods)

On or about March 22, 2006, in the Northern District of California, the defendant,

YONG YI OU,

did intentionally attempt to traffic in goods, to wit, by possessing with intent to traffic counterfeit trademarked merchandise at her booth at the San Jose Flea Market, in San Jose, California, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Louis Vuitton," "Prada," and "Chanel," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts Four through Twenty, below:

| COUNT | COUNTERFEIT ITEM |
| --- | --- |
| Four | Christian Dior Sunglasses |
| Five | Bebe T-Shirt |
| Six | Chanel Handbag |
| Seven | Nike Sunglasses |
| Eight | Louis Vuitton Wallet |
| Nine | Von Dutch Handbag |
| Ten | Ecko Jeans |
| Eleven | Gucci Handbag |
| Twelve | Prada Wallet |

INDICTMENT                                                2

| COUNT | COUNTERFEIT ITEM |
|---|---|
| Thirteen | Sanrio Watch |
| Fourteen | Tod's Purse |
| Fifteen | BMW Key Chain |
| Sixteen | Coach Wallet |
| Seventeen | Tiffany & Co. Charm |
| Eighteen | Prada Handbag |
| Nineteen | Fendi Wallet |
| Twenty | Hello Kitty Bag |

All in violation of Title 18, United States Code, Section 2320(a).

COUNT TWENTY-ONE: (18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments)

On or about September 20, 2004, in the Northern District of California, the defendant,

YONG YI OU,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: by depositing $4,000.00 in currency which represented the proceeds of a specified unlawful activity, namely, trafficking in counterfeit goods in violation of 18 U.S.C. § 2320(a), into a bank account at East-West Bank, and wire transferring $8,000.00 in funds to Industrial and Commercial Bank in Guangzhou, China, with the intent to promote the carrying on of specified unlawful activity, namely, trafficking in counterfeit goods, knowing full well at the time that the funds involved in the financial transaction were the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2320(b)(3)(A)(i) & (iii) - Criminal Forfeiture)

1. The allegations contained in Counts One through Twenty of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 2320(b)(3)(A)(i) & (iii).

//

//

**INDICTMENT**                                                      3

2. Upon conviction of any of the offenses alleged in Counts One through Twenty of this Indictment, the defendant,

YONG YI OU,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2320(b)(3)(A)(i), any property constituting or derived from any proceeds the person obtained, directly or indirectly, as a result of the offense, including but not limited to $8,000.00 in cash that represents the proceeds from the sale of counterfeit merchandise that was seized from the defendant's residence located at 10114 Vista Drive, No. 109, Cupertino, California, on March 22, 2006.

3. Upon conviction of any of the offenses alleged in Counts One through Twenty of this Indictment, the defendant,

YONG YI OU,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2320(b)(3)(A)(iii), any article that bears or consists of a counterfeit mark used in committing the offense, including but not limited to the counterfeit items seized on March 22, 2006 from the following locations: the defendant's residence, located at 10114 Vista Drive, No. 109, Cupertino, California; the defendant's flea market booth located at the San Jose Flea Market, number 233, 590 Berryessa Road, San Jose, California; and the defendant's Chevy van bearing California license plate no. 5FRK877.

DATED: 7/16/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA Susan Knight

**INDICTMENT**                                    4

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Cts 1-3:18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods; Cts 4-2: 18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Good Ct. 21: Int'l Money Laundering; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Cts 1-21: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessement; Ct. 21: 20 years imprisonment, $500,000 or twice the value of the funds involved, 3 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.  2008 JUL 16  P 4: 21

▶ Yong Yi Ou      RICHARD W. WIEKING
                  CLERK
DISTRICT COURT NUMBER U.S. DISTRICT COURT
                  NO. DIST. OF CA. S.J.

CR - 08  00472  JF

PVT

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ICE - SA Tony Gregory

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Susan Knight

**DEFENDANT**

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
c/o AFPD Nick Humy
160 W. Santa Clara St., Suite 575
San Jose, CA 95113

Date/Time: August 7, 2008 at 9:30am
Before Judge: Magistrate Judge Trumbull

Comments: