1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YONG YI OU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00472-JF |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| YONG YI OU, | |
| Defendant. | |

Ms. Ou is charged with Trafficking and Attempted Trafficking in Counterfeit goods; 18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments; 18 U.S.C. §§ 2320(b)(3)(A)(i) & (iii) - Criminal Forfeiture.   Ms. Ou made her first appearance on August 7, 2008 and was released on her own recognizance.

Among the conditions of her release is the restriction that she not travel outside the Northern District of California.

///

///

///

///

Stipulation to Modify Conditions
No. CR-08-00472-JF                            1

1  The Parties hereby stipulate that the conditions of release can be modified to allow Ms.
2  Ou travel to the Eastern and the Central Districts of California.

4  Dated: August 8, 2008

           NICHOLAS P. HUMY
5          Assistant Federal Public Defender

7  Dated: August 8, 2008

           SUSAN KNIGHT
8          United States District Attorney

Stipulation to Modify Conditions
No. CR-08-00472-JF        2