BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YONG YI OU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )        No. CR- 08-00472-JF
                                         )
                         Plaintiff,      )        **[PROPOSED]** ORDER MODIFYING
                                         )        PRETRIAL RELEASE CONDITIONS
vs.                                      )
                                         )
YONG YI OU,                              )        **Honorable Patricia V. Trumbull**
                                         )        United States Magistrate Judge
                         Defendant.      )
_____  )

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release

are modified to allow Ms. Ou travel to the Eastern and the Central Districts of California.

        IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

and effect.

        IT IS SO ORDERED.


Dated: _____, 2008
                                         _____
                                         HONORABLE PATRICIA V. TRUMBULL
                                         United States Magistrate Judge