1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YONG YI OU

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,           )   No. CR-08-00472-JF
12                                     )
               Plaintiff,              )   STIPULATION TO MODIFY CONDITIONS
13                                     )   OF PRETRIAL RELEASE
   vs.                                 )
14                                     )
   YONG YI OU,                         )
15                                     )
               Defendant.              )
16 _____ )

17      Ms. Ou is charged with Trafficking and Attempted Trafficking in Counterfeit goods; 18

18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments; 18 U.S.C. §§ 2320(b)(3)(A)(i) &

19 (iii) - Criminal Forfeiture.   Ms. Ou made her first appearance on August 7, 2008 and was

20 released on her own recognizance.

21      Among the conditions of her release is the restriction that she not travel outside the

22 Northern District of California.

23 ///

24 ///

25 ///

26 ///

Stipulation to Modify Conditions
No. CR-08-00472-JF                              1

1 | The Parties hereby stipulate that the conditions of release can be modified to allow Ms.
2 | Ou travel to the Eastern and the Central Districts of California.
3 |
4 | Dated: August 8, 2008                    _____/s/_____
                                              NICHOLAS P. HUMY
5 |                                           Assistant Federal Public Defender
6 |
7 | Dated: August 8, 2008                    _____/s/_____
                                              SUSAN KNIGHT
8 |                                           United States District Attorney