1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS PETER HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant YONG YI OU

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )      No. CR- 08-00472-JF
11                                      )
                      Plaintiff,        )      **[PROPOSED]** ORDER MODIFYING
12                                      )      PRETRIAL RELEASE CONDITIONS
    vs.                                 )
13                                      )
    YONG YI OU,                         )      **Honorable Patricia V. Trumbull**
14                                      )      United States Magistrate Judge
                      Defendant.        )
15  _____)

16          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release

17  are modified to allow Ms. Ou travel to the Eastern and the Central Districts of California.

18          IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

19  and effect.

20          IT IS SO ORDERED.

21

22  Dated: _____, 2008            _____
                                        HONORABLE PATRICIA V. TRUMBULL
23                                      United States Magistrate Judge

24

25

26

    [Proposed] Order Modifying
    Conditions of Release
    No. CR- 08-00472-JF                    1