1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant YONG YI OU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR- 08-00472-JF |
| Plaintiff,  ) ) | [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |
| vs.  ) ) | |
| YONG YI OU,  ) ) | **Honorable Patricia V. Trumbull** United States Magistrate Judge |
| Defendant.  ) ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release are modified to allow Ms. Ou travel to the Eastern and the Central Districts of California.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: 8/8, 2008

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Modifying
Conditions of Release
No. CR- 08-00472-JF                     1