1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YONG YI OU

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )    No. CR- 08-00472-JF
11                                     )
                      Plaintiff,       )    [XXXXXXXXXXX] ORDER MODIFYING
12                                     )    PRETRIAL RELEASE CONDITIONS
   vs.                                 )
13                                     )
   YONG YI OU,                         )    **Honorable Patricia V. Trumbull**
14                                     )    United States Magistrate Judge
                      Defendant.       )
15 _____    )

16      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release

17 are modified to allow Ms. Ou travel to the Eastern and the Central Districts of California.

18      IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

19 and effect.

20      IT IS SO ORDERED.

21

22 Dated:  August 12, 2008 2008          _____
                                         HONORABLE PATRICIA V. TRUMBULL
23                                       United States Magistrate Judge

24

25

26
   [Proposed] Order Modifying
   Conditions of Release
   No. CR- 08-00472-JF                1