JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00472 JF |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| YONG YI OU, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for December 3, 2008 be continued to January 7, 2009. The parties have discussed a tentative resolution to the case and need additional time to finalize a plea agreement. The parties anticipate that the defendant will enter a guilty plea at the next appearance. In addition, the parties jointly request an exclusion of time under the Speedy Trial Act from December 3, 2008 to January 7, 2009. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation and continuity of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
CR 08-00472 JF                                      1

1  SO STIPULATED:					JOSEPH P. RUSSONIELLO
							United States Attorney

2  DATED: 12/1/08					_____/s/_____
							SUSAN KNIGHT
							Assistant United States Attorney

5  DATED: 12/1/08					_____/s/_____
							NICHOLAS P. HUMY
							Counsel for Ms. Ou

   Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance scheduled for December 3, 2008 is continued to January 7, 2009 at 9:00 a.m.

   The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from December 3, 2008 to January 7, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

   SO ORDERED.

   DATED: 12/3/08					_____
							JEREMY FOGEL
							United States District Judge