JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00472 JF |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| YONG YI OU, ) | |
|     Defendant. ) | |
| ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing scheduled for March 11, 2009 be continued to April 15, 2009.  The reason for the continuance is that the parties are examining the loss amount in the case, and need additional time to reach an agreement. Therefore, the parties are requesting a continuance to April 15, 2009.   In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from March 11, 2009 to April 15, 2009 is appropriate.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

SO STIPULATED:          JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: 3/10/09                    /s/
                        SUSAN KNIGHT
                        Assistant United States Attorney

DATED: 3/10/09                    /s/
                        NICHOLAS P. HUMY
                        Counsel for Ms. OU

Accordingly, the Court HEREBY ORDERS that the status hearing is continued to April 15, 2009 at 9:00 a.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 11, 2009 to April 15, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/11/09                    _____
                        JEREMY FOGEL
                        United States District Judge