1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YONG YI OU

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,       )  No. CR-08-00472-JF
                                    )
13              Plaintiff,          )  **STIPULATION TO CONTINUE**
       v.                           )  **STATUS CONFERENCE; [PROPOSED]**
                                    )  **ORDER**
14  YONG YI OU                      )
                                    )
15              Defendant.          )
                                    )
16  _____

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the status conference in the above-captioned matter, presently

19  scheduled on Wednesday, April 15, 2009 be continued to Wednesday, April 22, 2009 at

20  9:00 a.m.

21      The reason for the continuance is that counsel for defendant Yong Yi Ou is unavailable.

22      The parties further agree and stipulate that time should be excluded from and including

23

24  Wednesday, April 15, 2009 through and including Wednesday, April 22, 2009, for effective

25  preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and

26  (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.

3

4  Dated: April 10, 2009                            _____/s/_____
                                                    NICHOLAS P. HUMY
5                                                   Assistant Federal Public Defender

6
   Dated: April 10, 2009                            _____/s/_____
7                                                   SUSAN KNIGHT
                                                    United States District Attorney
8

9
                                          **ORDER**
10

11       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference
12  presently scheduled on Wednesday, April 15, 2009 be continued to Wednesday, April 22, 2009 at
13  9:00 a.m.

14       IT IS FURTHER ORDERED, that the time between April 15, 2009 through
15   April 22, 2009, shall be excluded to provide defense counsel reasonable time to prepare,
16  pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

17       IT IS SO ORDERED.
18
   Dated:  4/14/09
19                                                  _____
                                                    HONORABLE JEREMY FOGEL
20                                                  United States District Judge

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00472-JF                          2