BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YONG YI OU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>YONG YI OU<br><br>         Defendant. | No. CR-08-00472-JF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled on Wednesday, May 20, 2009 be continued to Wednesday, July 1, 2009 at 9:00 a.m. The continuance is requested to allow defense preparation.

    The parties further agree and stipulate that time should be excluded from and including Wednesday, May 20, 2009 through and including Wednesday, July 1, 2009, for effective preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.

3  Dated: May 15, 2009                                         /s/
4                                                       NICHOLAS P. HUMY
                                                        Assistant Federal Public Defender

5  Dated: May 15, 2009                                         /s/
6                                                       SUSAN KNIGHT
7                                                       United States District Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference presently scheduled on Wednesday, May 20, 2009 be continued to Wednesday, July 1, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between May 20, 2009 through July 1, 2009, shall be excluded to provide defense counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 5/20/09                                          _____
                                                        HONORABLE JEREMY FOGEL
                                                        United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00472-JF                          2