BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YONG YI OU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00472-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE  STATUS** |
| v. | ) | **CONFERENCE; [PROPOSED] ORDER** |
| | ) | |
| YONG YI OU | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled on Wednesday, July 1, 2009 be continued to Wednesday, July 22, 2009 at 9:00 a.m. The continuance is requested to allow for effective defense preparation.

The parties further agree and stipulate that time should be excluded from and including Wednesday, July 1, 2009 through and including Wednesday, July 22, 2009, for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

///

1   the requested exclusion of time will serve the interest of justice and outweigh the interest of the
2   public and defendant in a speedy trial.

3   Dated: June 30, 2009                    _____/s/_____
4                                            NICHOLAS P. HUMY
                                             Assistant Federal Public Defender
5
    Dated: June 30, 2009                    _____/s/_____
6                                            SUSAN KNIGHT
7                                            United States District Attorney

8

9                                    **ORDER**

10     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference
11  presently scheduled on Wednesday, July 1, 2009 be continued to Wednesday, July 22, 2009 at
12  9:00 a.m.

13     IT IS FURTHER ORDERED, that the time between July 1, 2009 through
14  July 22, 2009, shall be excluded to provide defense counsel reasonable time to prepare, pursuant
15  to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
16
17     IT IS SO ORDERED.

18
19  Dated:  7/1/09
                                             _____
20                                           HONORABLE JEREMY FOGEL
                                             United States District Judge
21
22
23
24
25
26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00472-JF                          2