1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant YONG YI OU

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,          )     No. CR-08-00472-JF
12                                     )
                     Plaintiff,        )     **STIPULATION TO CONTINUE  STATUS**
13   v.                                )     **CONFERENCE; [PROPOSED] ORDER**
                                       )
14   YONG YI OU                        )
                                       )
15                   Defendant.        )
    _____)

16

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the status conference in the above-captioned matter, presently

19   scheduled on Wednesday, September 9, 2009 be continued to Wednesday, September 30, 2009 at

20   9:00 a.m.  The reason for the continuance is defense counsel will be out of the district for

21   medical reasons.

22          The parties further agree and stipulate that time should be excluded from and including

23   Wednesday, September 9, 2009 through and including Wednesday, September 30, 2009, for

24   effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C.

25   §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

26

    STIPULATION TO CONTINUE STATUS
    CONFERENCE; [PROPOSED] ORDER
    No. CR-08-00472-JF                    1

1   the requested exclusion of time will serve the interest of justice and outweigh the interest of the

2   public and defendant in a speedy trial.

3   Dated: September 4, 2009                                    _____/s/_____
                                                                NICHOLAS P. HUMY
4                                                               Assistant Federal Public Defender

5   Dated: September 4, 2009                                    _____/s/_____
                                                                SUSAN KNIGHT
6                                                               United States District Attorney

7

8

9                                    **[PROPOSED] ORDER**

10

11        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

12   presently scheduled on Wednesday, September 9, 2009 is continued to Wednesday, September

13   30, 2009 at 9:00 a.m.

14        IT IS FURTHER ORDERED, that the time between September 9, 2009 through

15   September 30, 2009,  shall be excluded for effective preparation and continuity of defense

16   counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

17

18        IT IS SO ORDERED.

19   Dated: __9/8/09_____                          _____
                                                        HONORABLE JEREMY FOGEL
20                                                      United States District Judge

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00472-JF                           2