JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00472 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| v. ) | |
| ) | |
| YONG YI OU, ) | |
| ) | SAN JOSE VENUE |
| Defendant. ) | |
| ) | |

   The undersigned parties respectfully request that the change of plea hearing currently scheduled for March 4, 2010 be continued to March 11, 2010.  The reason for the continuance is that Peter Leeming, counsel for the defendant's sister, Xue Ou, who is also charged with trafficking in counterfeit goods, was unavailable on March 4, 2010 due to an appearance in state court.  Although the defendant's case is unrelated to Xue Ou's criminal case, the defendant wishes to appear in court at the same time her sister's matter is scheduled.  The parties anticipate that the defendant will enter a guilty plea on March 11, 2010.

//

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | DATED: 3/9/10 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 5 | DATED: 3/9/10 | _____/s/_____<br>NICHOLAS P. HUMY<br>Counsel for Ms. Ou |

9   Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea

10  hearing in <u>United States v. Yong Yi Ou</u> scheduled for March 4, 2010 is continued to March 11,

11  2010 at 9:00 a.m.

12  SO ORDERED.

13  DATED: 3/10/10

    nunc pro tunc to 3/4/10

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge